AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NEW YORK |

HANNA LEVY (as executor of the estate of Moses Amram),

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 08-CV-4795 (ALC)

MARRIOTT INTERNATIONAL, INC.,
COURTYARD MANAGEMENT CORP.,

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT THIS ACTION HAVING COME BEFORE THE COURT FOR TRIAL BY JURY AND THE JURY HAVING RENDERED ITS VERDICT, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS MARRIOTT INTERNATIONAL, INC., and COURTYARD MANAGEMENT CORP. FINDING IN FAVOR OF DEFENDANTS ON ALL CLAIMS IN THE COMPLAINT.

ROBERT C. HEINEMANN

MAY 6, 2011
Date

Clerk

*(signature)*
(By) Deputy Clerk